JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MICHAEL MUNGARAY, | Case No. ED CV 17-1528-DSF (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SOUTHWEST JAIL IN RIVERSIDE COUNTY | |
| Defendant. | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

1/30/18
Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE